UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00563-RJC
(3:16-cr-00307-RJC-DCK-1)

| | |
|---|---|
| JAMIE BLUNDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255, [Doc. 1], the Government's Response, [Doc. 5], and Petitioner's Reply, [Doc. 6]. Petitioner is represented by retained counsel.

After review of the pleadings, the Court has determined that an evidentiary hearing is necessary to resolve Petitioner's claim that his attorney provided ineffective assistance of counsel relative to Petitioner's decision not to plead guilty and to proceed to trial. [See Doc. 1 at 4].

**IT IS, THEREFORE, ORDERED** that:

(1) An evidentiary hearing regarding Petitioner's claims of ineffective assistance is scheduled for **Monday, January 24, 2022 at 9:45 a.m**. **in Courtroom #4A** in the United States Courthouse in Charlotte, North Carolina.

(2) The U.S. Marshal have Petitioner Jamie Blunder (Reg. No. 33204-058) present in Charlotte, North Carolina forthwith, but not later than 9:45 a.m. on January 24, 2022 for the hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the United States Attorney, and the United States Marshal Service.

Signed: December 30, 2021

*signature*

Robert J. Conrad, Jr.
United States District Judge